UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

John Doe,

Plaintiff,

v.

University of Nebraska,

Defendant.

Civil Action No. 4:25CV3122

    Filed concurrently with:

    Amended Complaint

MOTION FOR SERVICE OF AMENDED COMPLAINT

    Plaintiff John Doe, proceeding pro se and in forma pauperis, respectfully moves this Court to order service of the Amended Complaint upon Defendant pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d).

    On 07/16/2025, Plaintiff filed a First Amended Complaint as a matter of course under Rule 15(a)(1). As the Court has granted Plaintiff leave to proceed without prepayment of fees, Plaintiff now respectfully requests that the Court direct the U.S. Marshals Service or other appropriate officer to serve the First Amended Complaint and accompanying documents on Defendant.

    Plaintiff respectfully requests that the Court direct service of the Amended Complaint and accompanying documents upon the Defendant University of Nebraska at the following known legal office contact and address for service of process:

    General Counsel Bren Chambers

    University of Nebraska Office of the General Counsel

    3835 Holdrege Street

    Varner Hall Room 201

    Lincoln, Nebraska 68583

WHEREFORE, Plaintiff respectfully asks that the Court:

    Grant this Motion;

    Direct service of the First Amended Complaint on the Defendant; and

    Grant such other and further relief as the Court deems proper.

Respectfully submitted,

s/John Doe

John Doe, Pro Se

Dated: 07/16/2025