IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA,<br><br>           Defendant. | 4:25-CV-3122<br><br>ORDER |

The plaintiff has filed a "Motion for Status Update and Leave to Amend, if Warranted" (filing 21). That motion will be granted with respect to the status update, but denied as premature with respect to leave to amend.

The plaintiff filed his second amended complaint on November 6, 2025. Filing 20. The Court's initial review of that complaint remains pending. Given that the plaintiff's operative complaint consists of 124 single-spaced pages, that review may take some time.

The plaintiff also preemptively requests leave to amend his complaint again should the Court find it fails to state a claim. That request will be denied as premature. The Court will determine after reviewing the complaint whether or not to afford leave to amend.

    IT IS ORDERED that the plaintiff's "Motion for Status Update and Leave to Amend, if Warranted" (filing 21) is granted in part and denied in part as set forth above.

    Dated this 21st day of November, 2025.

    BY THE COURT:

    *John M. Gerrard*
    John M. Gerrard
    Senior United States District Judge