IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA,<br><br>　　　　Defendant. | 4:25-CV-3122<br><br>ORDER |

The plaintiff has filed a "Motion for Update on Review of Second Amended Complaint" (filing 23). It is not his first demand that the Court update him on the status of his case. *See* filing 17; filing 18; filing 21.

The status of the plaintiff's case has not changed. He will be notified when it has.

IT IS ORDERED that the plaintiff's "Motion for Status" (filing 23) is denied.

Dated this 6th day of January, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge