IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


JOHN DOE,

Plaintiff,


v.


UNIVERSITY OF NEBRASKA,

Defendant.


Case No. 4:25-CV-3122


MOTION TO CONTINUE PSEUDONYM STATUS ON APPEAL


Plaintiff John Doe respectfully moves for continuation of his pseudonym status during appeal to the United States Court of Appeals for the Eighth Circuit.

At the beginning of this action, Plaintiff moved to proceed under the pseudonym "John Doe" because public disclosure of his legal name could cause additional reputational and professional harm. Plaintiff also moved to seal a declaration containing his legal name and contact information.

The case has proceeded in the district court under the caption John Doe v. University of Nebraska. Plaintiff respectfully requests that the same caption and pseudonym treatment continue on appeal unless and until the Court of Appeals orders otherwise.

Plaintiff does not seek to prevent public access to the legal issues, orders, or procedural history of this case. Plaintiff seeks only to preserve the limited protection of his legal name and identifying contact information, consistent with the manner in which the case has proceeded in the district court.

WHEREFORE, Plaintiff respectfully requests that the Court preserve the "John Doe" caption for purposes of appeal and transmit the case to the Court of Appeals in a manner consistent with the existing pseudonym and sealing treatment.

Dated: 5 -12-26

Respectfully submitted,

s/ John Doe    J DoE

John Doe

Pro Se Plaintiff