IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN DOE,

            Plaintiff,

vs.

UNIVERSITY OF NEBRASKA,

            Defendant.

4:25-CV-3122

ORDER

The plaintiff has filed a motion for leave to proceed in forma pauperis (filing 28) and a motion to proceed pseudonymously on appeal (filing 29). The motion for leave to proceed in forma pauperis will be granted pursuant to Fed. R. App. P. 24(a)(3). The motion for leave to proceed pseudonymously will be denied without prejudice to reassertion before the U.S. Court of Appeals for the Eighth Circuit, as only that court can decide whether to permit the plaintiff to proceed before it under a pseudonym. Accordingly,

IT IS ORDERED:

1. The plaintiff's motion to proceed in forma pauperis on appeal (filing 28) is granted.

2. The plaintiff's "motion to continue pseudonym status on appeal" (filing 29) is denied without prejudice to reassertion before the Eighth Circuit.

Dated this 12th day of May, 2026.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Senior United States District Judge