# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1964

John Doe

Appellant

v.

University of Nebraska

Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:25-cv-03122-JMG)

_____

**ORDER**

Appellant's motion for reconsideration and the alternate request to seal is denied.

June 11, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler