# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1964

Colby Lee Woodson

Appellant

v.

University of Nebraska

Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:25-cv-03122-JMG)

_____

**ORDER**

Appellant's motion for extension of time to file brief is denied as moot.

August 04, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler